**1086  BLANCHARD vs. QUARTERMASTER GENERAL, 47 M., 644.**

To compel respondent to receive a claim for State bounty, provided for by Act No. 27, 1865, and under Sec. 1, of Act No. 32, 1871, to examine and allow the claim.

Denied October 5, 1881.

Held, that the delay in making the application was fatal.

**1087  ATTORNEY GENERAL vs. REGENTS OF THE UNIVERSITY, 30 M., 472.**

To require respondents to appoint, install and maintain two professors of homeopathy in the department of medicine of the university, as provided by Laws of 1873, p. 73.

Denied October 30, 1874.

**1088  DRAKE vs. REGENTS OF THE UNIVERSITY, 4 M., 98.**

To compel the board to appoint a professor of homeopathy in the department of medicine.

Denied 1856.

Held, that as a general rule it is not competent for a private citizen, when not directly injured, to invoke the aid of the writ to compel a public board to the performance of an omitted duty.

Again, that the interests of the university are committed to the judgment and discretion of the regents, and it is a sufficient answer to say, that they had commenced and were making the investigation necessary to the appointment.

**1089  ATTORNEY GENERAL vs. REGENTS OF THE UNIVERSITY, 18 M., 468.**

To compel the appointment of a professor of homeopathy.

Denied May 13, 1869.

The Act of 1855, p. 232, assumed to limit the power of the